00–1067.  **Barberic v. Catholic Diocese of Cleveland.**
Cuyahoga App. No. 77796. ·
    DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent.
    PEGGY BRYANT, J., of the Tenth Appellate District, sitting for RESNICK, J.

## MISCELLANEOUS DISMISSALS

00–1351.  **State ex rel. Belcher v. Brooks.**
Richland App. No. 00CA51. This cause is pending before the court as an appeal from the Court of Appeals for Richland County. It appears from the records of this court that appellant has not filed a merit brief, due September 18, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,
    IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*

*Tuesday, September 26, 2000*

## MOTION DOCKET

90–2236.  **State v. D'Ambrosio.**
Cuyahoga App. No. 57448. Upon consideration of the motion filed by counsel for appellant to continue stay of execution in the above-styled cause to allow appellant to timely file his petition for writ of certiorari in the Supreme Court of the United States,
    IT IS ORDERED by the court that the motion to continue stay be, and hereby is, granted, to the extent that execution of sentence is stayed pending appellant's timely filing of his petition for writ of certiorari in the Supreme Court of the United States, in regard to appellant's post-conviction appeal, Ohio Supreme Court case No. 00–747.
    IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of that cause by the Supreme Court of the United States.

## RECONSIDERATION DOCKET

00–1147.  **State v. Taylor.**
Montgomery App. No. 17142. Reported at 90 Ohio St.3d 1408, 734 N.E.2d 1264.
    IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.